MBF Leasing, LLC, Plaintiff-Appellant, 
against
Danielle J. Goodwin, Defendant-Respondent.



Plaintiff, as limited by its briefs, appeals from that portion of an order of the Civil Court of the City of New York, New York County (Erika M. Edwards, J.), dated August 19, 2016, which denied its motion for summary judgment on its complaint, to dismiss defendant's counterclaims, and to strike the jury demand.




Per Curiam. 
Order (Erika M. Edwards, J.), dated August 19, 2016, insofar as appealed from, affirmed, with $10 costs.
The record so far developed on plaintiff's motion for summary judgment raises triable issues, including, inter alia, whether defendant received only the first page of the form lease or all four pages, whether she was fraudulently induced to sign the lease, and whether the sales representative who allegedly misrepresented the nature and terms of the agreement was an agent of plaintiff (see Pludeman v Northern Leasing Sys., Inc., 87 AD3d 881, 882 [2011]; Northern Leasing Sys., Inc. v Amedeo, 56 Misc 3d 131[A], 2017 NY Slip Op 50870[U] [App Term, 1st Dept 2017]; Northern Leasing Sys., Inc. v Kollars, 34 Misc 3d 151[A], 2012 NY Slip Op 50276[U] [App Term, 1st Dept 2012]). Given the triable issues as to whether the agreement was obtained through fraud, the provision of the agreement that waives the right to a trial by jury does not apply (see Wells Fargo Bank, N.A. v Stargate Films, Inc., 18 AD3d 264, 265 [2005]).
We have considered plaintiff's other arguments and find them unpersuasive. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 26, 2017